# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2017

Stephen J. Markman,
Chief Justice

156604

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

*In re* B. HADD, Minor.

SC: 156604
COA: 337097
Bay CC Family Division:
14-011751-NA

_____/

On order of the Court, the application for leave to appeal the September 12, 2017 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *In re Hill, Minors* (Docket No. 155152), is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2017



Clerk

d1024